**FILED IN**
**4th COURT OF APPEALS**
**SAN ANTONIO, TX**
*January 5, 2015*
**KEITH E. HOTTLE**
**CLERK OF THE COURT**

NO. 04-13-00529-CV

IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

---

SCHUHARDT CONSULTING PROFIT SHARING PLAN,
Appellant

vs.

DOUBLE KNOBS MOUNTAIN RANCH, INC.,
Appellee

---

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

---

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellant Schuhardt Consulting Profit Sharing Plan files its Unopposed Motion to Extend Time to File Motion for Rehearing and would show the Court the following:

1.    This case is on appeal from Cause Number 2011-09-28311-CV-B in the 38th Judicial District Court of Uvalde County, Texas, the Honorable Mickey R. Pennington, Judge Presiding.

2.    The original deadline for filing a motion for rehearing is January 2, 2015. This motion is filed within the 15-day period to file a motion to extend the time to file a motion for rehearing, as required by Texas Rule of Appellate

1

Procedure 49.8. The Court has the authority under Rule 49.8 to extend the time for a party to file a motion for hearing. Appellant requests an additional forty (40) days from the date of the filing of this motion to file its motion for rehearing until February 11, 2015.

3. The extension is necessary because Appellant desires its trial counsel to appear in this appeal and continue to represent it until final adjudication. The undersigned has agreed to represent Appellant for the pendency of this appeal, but requires additional time after becoming lead appellate counsel to analyze this Court's Opinion, delivered and filed on December 17, 2014, and, if necessary, prepare and file a motion for rehearing. Appellant's Designation of Lead Counsel is filed contemporaneously with this Motion.

4. Additionally, the undersigned is currently out of town due to the holidays and will not return until after the deadline to file Appellant's motion for rehearing.

5. This is the first extension sought by Appellant to file a motion for rehearing, and is not sought for the purposes of delay but so that justice may be done.

For these reasons, Appellant asks the Court to grant an extension of time to file a Motion for Rehearing until February 11, 2014.

Respectfully submitted,

_/s/ Charles J. Cain_
Charles J. Cain
State Bar No. 00796292
ccain@cstrial.com
Steve Skarnulis
State Bar No. 24041924
skarnulis@cstrial.com
Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
400 W. 15th Street, Suite 900
Austin, Texas 78701
512-477-5000
512-477-5011—Fax
**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

Counsel for Appellant hereby certifies that his office has conferred with counsel for Appellee and represents that Appellee is not opposed to the relief requested in this motion.

_/s/ Charles J. Cain_
Charles J. Cain

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time to File Motion for Rehearing was delivered to the following in accordance with the Texas Rules of Appellate Procedure on this the 2nd day of January 2015, email transmission and electronic service as follows:

John C. Howell
jhowell@asdh.com
**ALLEN, STEIN & DURBIN, P.C.**
6243 IH-10 West, Suite 700
San Antonio, Texas 78201
210-734-7488
210-738-8036—Facsimile

Leslie Luttrell
luttrell@lzlawgroup.com
**LUTTRELL ZUCKER LAW GROUP**
400 N. Loop 1604 East, Suite 208
San Antonio, Texas 78232
210-426-3606—Facsimile

Ray Leach
rayleach@rayleachlaw.com
**LAW OFFICES OF RAY LEACH**
111 West Olmos Drive
San Antonio, Texas 78212
210-930-7700
210-930-9553—Facsimile

Elizabeth Conry Davidson
conrydavidson@gmail.com
Attorney at Law
926 Chulie Drive
San Antonio, Texas 78216
210-568-4036—Facsimile

*/s/ Charles J. Cain*
Charles J. Cain